IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00204-RM-NYW

TODD UBEL, Individually, and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY;
J.D. POWER; and
MITCHELL INTERNATIONAL, INC.,

        Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Subject to and without waiving any applicable personal jurisdiction objections, Defendants Mitchell International, Inc. ("Mitchell"), J.D. Power, and Progressive Direct Insurance Company ("Progressive Direct") (collectively "Defendants"), respectfully and jointly request, with the consent of Plaintiff Todd Ubel, that this Court continue the Scheduling Conference, which is currently scheduled for June 17, 2020 at 1:00 p.m. (Mountain Time), and the corresponding deadline to submit a proposed scheduling order.  In support thereof, the Parties state as follows:

On April 14, 2020, the Parties held a Telephonic Status Conference with the Court to discuss the Proposed Scheduling Order. The Court, however, did not enter a scheduling order at that time and instead declined to enter a scheduling order "until the briefing on Motion to Conduct Limited Jurisdictional Discovery and to Stay Jurisdictional Motion to Dismiss Briefing [39] is complete." *See* Court's Minutes/Minute Order [Dkt. #54].

At that time, the Court set a telephonic Scheduling Conference for June 17, 2020 at 1:00 p.m. (MT) and ruled that the Parties were to submit their proposed scheduling order at least seven

days prior to the Scheduling Conference. *Id*. Per the Court's order, a proposed scheduling order is to be filed by the Parties by June 10, 2020.

On June 9, 2020, the Court issued its Order on Plaintiff's Motion to Conduct Limited Jurisdictional Discovery and to Stay Jurisdictional Motion to Dismiss Briefing [Dkt. # 58]. As part of the Order, the Court allowed Plaintiff to seek limited jurisdictional discovery against Mitchell and J.D. Power related to specific jurisdiction over each party in Colorado. As part of that Order, Plaintiff is allowed to propound no more than five interrogatories by **June 12, 2020**, and responses to said discovery from Michell and J.D. Power are due no later than **June 26, 2020**. Following the limited discovery, the Court also ordered that Plaintiff may seek leave to file a substantive response to J.D. Power and Mitchell's personal jurisdiction arguments by **July 3, 2020**.

With these dates in mind, the Parties agree that a continuance of the Scheduling Conference and corresponding deadline to submit a proposed scheduling order would be prudent. The Parties request that both deadlines be continued until after the Court decides Defendants' Motion to Dismiss on 12(b)(2) grounds.

Without this continuance, both J.D. Power and Mitchell will be obligated to participate as Parties in the scheduling of the future merits issues of this case prior to the Court's determination that Mr. Ubel established personal jurisdiction over either party. As the Court recognized in its June 9th Order, the Court must first determine whether Plaintiff has established personal jurisdiction over J.D. Power and Mitchell before the Court can turn to the merits of the case.

The Parties agree that it is the best use of both the Parties time and the Court's time if the Parties wait to enter a scheduling order until after the Court has determined the preliminary personal jurisdiction issues now before it.

Under D.C.COLO.LCivR 6.1(c), counsel for Defendants certify that a copy of this motion is being served upon their respective clients. Defendants have not moved for any other continuances of the scheduling conference.

WHEREFORE, Defendants Mitchell International, Inc., J.D. Power, and Progressive Direct Insurance Company, with Plaintiff Todd Ubel's consent, respectfully request that this Court enter a continuance of the June 17, 2020 Scheduling Conference, and the corresponding deadline to file a proposed scheduling order, continuing both dates until after the Court has determined the merits of Mitchell and J.D. Power's Motion to Dismiss based on Rule 12(b)(2).

Respectfully submitted,

s/*Evan Bennett Stephenson*
Michael T. Williams
Evan Bennett Stephenson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:    303.244.1809
Facsimile:  303.244.1879
Email:  williams@wtotrial.com
            stephenson@wtotrial.com

s/*Gavin E. Hill*
Heather L. Kramer
DYKEMA GOSSETT PLLC
10 S. Wacker, Suite 2300
Chicago, Illinois 60606
Telephone:  312-627-2299
Facsimile:  866-870-7321
Email:  hkramer@dykema.com

Gavin E. Hill
Christopher Kratovil
Alexandria Twiss
DYKEMA GOSSETT PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6467
Facsimile: (855) 223-2760
Email:  ghill@dykema.com
            ckratovil@dykema.com
            hkramer@dykema.com
            atwiss@dykema.com

*Attorneys for Defendants*
*Mitchell International, Inc. and*
*J.D. Power*

4830-0161-6831.2

*/s/ Zachary A. McEntyre*
Jeffrey S. Cashdan
Zachary A. McEntyre
J. Matthew Brigman
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com

Angela C. Tarasi
**KING & SPALDING LLP**
1515 Wynkoop St., Suite 800
Denver, Colorado 80202
Tel: (720) 535-2319
Fax: (720) 535-2400
atarasi@kslaw.com

*Attorneys for Defendant Progressive Direct Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing **Defendants' Unopposed Motion for Continuance of Scheduling Conference** using the CM/ECF system which will send notification of such filing to all registered participants.

s/ *Gavin E. Hill*
ATTORNEY FOR DEFENDANTS
J.D. POWER AND
MITCHELL INTERNATIONAL, INC.

## CERTIFICATE OF CONFERENCE

This shall certify that the undersigned has conferred with counsel for Plaintiff, Jay Waller, regarding **Defendants' Unopposed Motion for Continuance of Scheduling Conference** via email communications on June 9th and 10th, 2020. Mr. Waller stated that Plaintiff is unopposed and consents to the motion.

s/ *Gavin E. Hill*
ATTORNEY FOR DEFENDANTS
J.D. POWER AND
MITCHELL INTERNATIONAL, INC

4830-0161-6831.2