IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00204-RM-NYW

TODD UBEL, Individually, and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,
J.D. POWER and
MITCHELL INTERNATIONAL, INC.,

        Defendants.

---

## JOINT STIUPLATION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(A)(ii), Plaintiff Todd Ubel and Defendant Progressive Direct Insurance Company stipulate to the dismissal of this action with prejudice, with each party to bear his or its own attorney fees, expert fees, related expenses, and costs.

Dated:  April 14, 2021

Respectfully submitted,

*/s/ Kevin S. Hannon*
Kevin S. Hannon, #16015
**THE HANNON LAW FIRM, LLC**
1641 Downing Street
Denver, CO 80218
Tel: (303) 861-8800
Fax: (303) 861-8855
khannon@hannonlaw.com

Jonathan H. Waller
**WALLER LAW OFFICE, PC**
2001 Park Place, Suite 900
Birmingham, AL 35203
Tel: (205) 313-7330
jwaller@waller-law.com

John A. Yanchunis
Ryan J. McGee
**MORGAN & MORGAN**
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jyanchunis@forthepeople.com
rmcgee@forthepeople.com

*Attorneys for Plaintiff and the Proposed Class*

*/s/ Zachary A. McEntyre*
Zachary A. McEntyre
Jeffrey S. Cashdan
J. Matthew Brigman
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
zmcentyre@kslaw.com
jcashdan@kslaw.com
mbrigman@kslaw.com

Angela C. Tarasi
**KING & SPALDING LLP**
1515 Wynkoop St., Suite 800
Denver, Colorado 80202
Tel: (720) 535-2319
Fax: (720) 535-2400
atarasi@kslaw.com

*Attorneys for Defendant*
*Progressive Direct Insurance Company*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of April, 2021, a true and correct copy of the above and foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

<u>/s/ Kevin S. Hannon</u>
Kevin S. Hannon